IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DONNIE QUALLS**  **PLAINTIFF**

V.   CASE NO. 3:24-cv-00215 JM

**RHONDA WOODS,** *et al.*  **DEFENDANTS**

## ORDER

Plaintiff Donnie Quall's motion to proceed *in forma pauperis* is DENIED. (Doc. 1). His motion lacks a certificate and calculation sheet prepared and signed by an authorized official of the incarcerating facility, which reflects the deposits and monthly balances in Mr. Qualls's trust account at the facility during the six-month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915(a)(2).

If Mr. Qualls wishes to proceed with this case, he must either pay the $405 filing and administrative fee, or file a <u>complete</u> prisoner *IFP* application, including a signed certificate and calculation sheet. He must do one or the other within thirty days from the date of this Order. If he does not do so, his case will be dismissed without prejudice. Local Rule 5.5(c)(2). The Clerk is directed to send Mr. Qualls a prisoner *IFP* application, including calculation sheet.

IT IS SO ORDERED this 13th day of November, 2024.

UNITED STATES DISTRICT JUDGE