IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DONNIE QUALLS**  PLAINTIFF

v.  CASE NO. 3:24-CV-215 JM

**RHONDA WOODS and**
**JASON DUFFY, Judge**  DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 2nd day of December 2024.

_____
UNITED STATES DISTRICT JUDGE